O    JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER LOUREIRO, | ) Case No. CV 19-0565-JGB (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| UNKNOWN WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Denying Motion for Extension of Time and Administratively Closing Matter,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: February 12, 2019

JESUS G. BERNAL
U.S. DISTRICT JUDGE